**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT F. SMITH,

    Petitioner,

v.                                      Case No. 2:11-cv-14468

DEBRA SCUTT,

    Respondent,
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Dismissing Without Prejudice Petition for Writ of Habeas Corpus and Declining to Issue Certificate of Appealability," dated October 26, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Debra Scutt and against Petitioner Robert F. Smith. Dated at Detroit, Michigan, this 26th day of October, 2011.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      S/Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                      to Judge Robert H. Cleland